IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| ANNE F. DANAHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08CV-2293 JAR/DJW |
| | ) | |
| WILD OATS MARKETS, INC., | ) | |
| UNITED NATURAL FOODS, INC., | ) | |
| WALLY'S NATURAL PRODUCTS, INC., | ) | |
| and KAREN S. KENNEY, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT WILD OATS MARKETS, INC.'S CROSS-CLAIM AGAINST SEPARATE DEFENDANTS UNITED NATURAL FOODS, INC. AND WALLY'S NATURAL PRODUCTS, INC.

COMES NOW defendant Wild Oats Markets, Inc. ("Wild Oats"), by and through its attorneys of record and for its cross-claim against separate defendants United Natural Foods, Inc. ("United") and Wally's Natural Products, Inc. ("Wally's") states and alleges the following:

1. Wild Oats is a Delaware corporation that, at all relevant times alleged in Plaintiff's First Amended Complaint, was conducting business in the State of Kansas.

2. Defendant United is a Delaware corporation that, at all relevant times alleged in Plaintiff's First Amended Complaint, was conducting business in the State of Kansas.

3. Defendant Wally's is a California corporation that designed and manufactured ear candles, which were placed in the stream of commerce, including but not limited to the State of Kansas.

4.   In Plaintiff's First Amended Complaint, plaintiff alleges that she purchased an ear candle on June 28, 2003 from Wild Oats that was designed and manufactured by defendant Wally's and distributed in the stream of commerce by defendant United.

5.   In Plaintiff's First Amended Complaint, plaintiff further alleges that she sustained personal injuries and damages following an ear candling procedure utilizing the ear candles plaintiff purchased on June 28, 2003.

6.   In Plaintiff's First Amended Complaint, plaintiff alleges that the ear candle was in a defective condition and was unreasonably dangerous.

7.   If Wild Oats is found liable to plaintiff, then Wild Oats is entitled to implied contractual indemnity and/or comparative implied indemnity from defendants United and Wally's for any judgment which Wild Oats may be ordered to pay plaintiff as a result of the claims asserted in Plaintiff's First Amended Complaint.

WHEREFORE, defendant Wild Oats prays for an order granting indemnification and/or contribution from separate defendants United and/or Wally's in the event Wild Oats is found liable to plaintiff; and for such other and further relief as the court deems just and proper.

Respectfully submitted,
/s/ Angela D. Lucas

---

Angela D. Lucas          KS No. 20520
SCHMITT MANZ SWANSON & MULHERN, P.C.
1000 Walnut Street, Suite 800
Kansas City, Missouri  64106
Telephone:   (816) 472-5310
Facsimile:    (816) 472-5320
alucas@schmittmanzlaw.com
**ATTORNEY FOR DEFENDANT WILD OATS MARKETS, INC.**

## Certificate of Service

I hereby certify that on August 14, 2009, a true and correct copy of the above and foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system, including the following:

John G. O'Connor
ROBB TAYLOR & O'CONNOR
827 Armstrong Avenue
Kansas City, Kansas  66101
Telephone:     (913) 321-9600
Facsimile:      (913) 321-0199
jack_oconnor2000@yahoo.com
**ATTORNEY FOR PLAINTIFF**

Stephanie Warmund
LAW OFFICES OF STEPHANIE WARMUND
6800 College Boulevard, Suite 702
Financial Plaza II
Overland Park, Kansas 66211
Telephone:     (913) 814-8704
Facsimile:      (603) 334-7445
**ATTORNEY FOR DEENDANT UNITED NATURAL FOODS, INC.**

Derrick A. Pearce
WALLACE, SAUNDERS, AUSTIN, BROWN AND ENOCHS, CHTD.
10111 W. 87th Street
P.O. Box 12290
Overland Park, Kansas 66282-2290
dpearce@wallacesaunders.com
**ATTORNEY FOR DEFENDANT WALLY'S NATURAL PRODUCTS, INC.**

Wade J. Thomas
FRISCHER & ASSOCIATES, CHTD.
13220 Metcalf, Suite 100
Overland Park, Kansas  66213
Telephone:     (913) 345-0100
Facsimile:      (913) 345-1802
wthomas@frislaw.com
**ATTORNEY FOR DEFENDANT KAREN S. KENNEY**

*/s/ Angela D. Lucas*
_____
Angela D. Lucas
For the Firm