*(Revised 5/93)*          CLERK'S COURTROOM MINUTE SHEET - CIVIL JURY

CASE NO.  08-2293-DJW

| CAPTION: | APPEARANCES: |
|---|---|
| **ANNE F. DANAHER,** | John G. O'Connor, Attorney |
|  | Anne F. Danaher, Plaintiff |
| **Plaintiff,** |  |
| v. |  |
| **WILD OATS MARKETS, INC.,** | Joseph D. Ryan, Attorney |
| **KAREN S. KENNEY,** | Jeffrey R. Siegel, Attorney |
|  | Karen S. Kenney, Defendant |
| **UNITED NATURAL FOODS, INC.,** | Derrick A. Pearce, Attorney |
| **WALLY'S NATURAL PRODUCTS, INC.,** | Derrick A. Pearce, Attorney |
| **Defendants.** |  |

| | | | | |
|---|---|---|---|---|
| JUDGE: | Waxse | DATE: | 07/11/2011 | 07/12/2011 |
| CLERK: | Lopez/ | T/B: | 9:03 a.m. | 9:05 a.m. |
|  | Yoakum-Kriz | T/E: | 5:05 p.m. | 4:25 p.m. |
| REPORTER: | Ryder | | | |

## PROCEEDINGS

JURY IMPANELED:  July 11, 2011 at 9:10 a.m.      AT: **Kansas City, Kansas**

JURY SWORN:  July 11, 2011 at 12:00 p.m.

| | |
|---|---|
| 1 | 100405732 |
| 2 | 100403193 |
| 3 | 100380917 |
| 4 | 100393070 |
| 5 | 100408328 |
| 6 | 100390078 |
| 7 | 100399607 |
| 8 | 100382153 |

## CLERK'S COURTROOM MINUTE SHEET -- CONTINUATION SHEET

## Case No. 08-cv-2293-DJW

**TRIAL PROCEEDINGS**

**MONDAY, JULY 11, 2011:**

The Court invokes rule excluding witnesses from being present in the courtroom.

Opening statements.

Plaintiff begins presentation of evidence.

Recess for the day.  Trial to resume on 7/12/2011.

**TUESDAY, JULY 12, 2011:**

Plaintiff continues presentation of evidence.

Plaintiff rests at 3:42 p.m.

The Court grants Defendant Wild Oats' Motion for Judgment as a Matter of Law Pursuant to Rule 50 (ECF No. 187).

Counsel for Plaintiff and remaining Defendant Kenney advise that they have settled Plaintiff's remaining negligence claim against Defendant Kenney.