# CLERK'S COURTROOM MINUTE SHEET - WITNESS LIST

## Case No. 08-2293-DJW

| WITNESSES FOR PLAINTIFF | | | WITNESSES FOR DEFENDANTS | | |
| --- | --- | --- | --- | --- | --- |
| Date | Name | Sworn | Date | Name | Sworn |
| 07/11/11 | Anne Danaher | Yes | | | |
| 07/12/11 | Anne Danaher | | | | |
| | Richard Wiet, M.D. (by DVD deposition) | | | | |
| | Karen Kenney | Yes | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | Pltf. rests at 3:42 PM | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |